PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
C. HAY-MIE CHO, CSBN 282259
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 268-5610
    Facsimile: (415) 744-0134
    E-Mail: haymie.cho@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| DIANA K. HUBBARD,<br><br>    Plaintiff,<br><br>    vs.<br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-00710-KJM-KJN<br><br>[~~PROPOSED~~] ORDER |

    Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

    1.    The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended thirty (30) days to December 12, 2016.

[~~Proposed~~] Order to Extend Briefing Schedule; 2:16-cv-00710-KJM-KJN

1

2. All other deadlines and scheduling matters set forth in the Court's Scheduling Order dated May 26, 2016, remain the same.

IT IS SO ORDERED.

Dated: November 14, 2016

                                                                                       */s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE